JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN HALL, an individual; and LESHETTE MOLETTE, as an individual, and as Guardian ad Litem for M. MOLETTE, a minor,<br><br>Defendants. | Case No. 2:22-cv-03878-MCS (GJSx)<br><br>Assigned to Hon. Mark C. Scarsi<br><br>[PROPOSED] **JUDGMENT FOR PLAINTIFF GENERAL INSURANCE COMPANY OF AMERICA** |

The Court having granted the Motion for Summary Judgment filed by Plaintiff General Insurance Company of America and good cause having been shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is entered in favor of Plaintiff General Insurance Company of America and against Defendants Stephen Hall and Leshette Molette;

2. Defendant Stephen Hall must reimburse Plaintiff General Insurance Company of America $9,244.75 for the attorneys' fees and costs that it paid to defend him in the underlying action, plus prejudgment interest at a rate of seven percent per annum; and

3. Plaintiff shall recover from Defendants costs incurred herein, as shall be determined by the Clerk of the Court pursuant to an Application To The Clerk To Tax Costs..

Dated: February 22, 2023

*/s/ Mark C. Scarsi*

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE